AO 91 (Rev. 08/09)  Criminal Complaint

**FILED**

JUL 15 2021

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| United States of America | ) |
| v. | ) |
| | ) Case No. 21·mj·506·CDL |
| | ) |
| | ) |
| CAMARAN BLAKE BREAZEALE | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 13, 2021 _____ in the county of _____ Tulsa _____ in the Northern District of Oklahoma, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1151, 1153, and 2111 | First Degree Robery in Indian Country |

This criminal complaint is based on these facts:

See Attached Affidavit TFO Kristie Behar, FBI

☑ Continued on the attached sheet.

_____
Complainant's signature

TFO Kristie Behar, FBI
Printed name and title

Sworn to and signed via telephone.

Date: July 15, 2021

_____
Judge's signature

City and state: _____ Tulsa, OK _____

Christine D. Little, United States Magistrate Judge
Printed name and title

<u>**Affidavit in Support of an Arrest Warrant**</u>

<u>**In the Northern District of Oklahoma**</u>

I, Kristie Behar, being duly sworn under oath, do hereby depose and state:

<u>**Introduction**</u>

1. I am a Task Force Officer with the Federal Bureau of Investigation. I have been employed as a Police Officer in the City of Sand Springs, since 1998. As a result of my employment with the Sand Springs Police Department, my duties include, but are not limited to, the investigation and enforcement of Robberies and other crimes within the City of Sand Springs.

2. As part of my duties as a detective, I investigate criminal violations relating to crime in Indian Country, to include Robbery in the First Degree, in violation of 18 U.S.C. §§ 1151, 1153 and 2111. I have received training in Indian Country and violent crimes and have investigated violent crimes in Indian Country.

3. The facts and statements in this affidavit are based in part on information provided by other law enforcement officers and on my personal observations and training and experience as a Detective for Sand Springs Police Department. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. It is my belief that an Indian male known as Camaran Blake Breazeale, "Breazeale", (DOB:XX/XX/1992) has violated 18 U.S.C. §§ 1151, 1153 and 2111, First Degree Robbery in Indian Country. On or about July 13th, 2021, Breazeale, an enrolled member of the Cherokee Nation, came into the business A&S Fuels, and made contact with an individual

identified as Abdul Zahid, owner and employee, with the intent to commit some crime

therein, in the Northern District of Oklahoma. The robbery took place at 5500 S. SH 97,

Sand Springs, Ok, which is within "Indian Country" as defined under 18 U.S.C.§1151.

## The Source of My Information and Grounds for My Beliefs Are As Follows:

5.  I am informed by SSPD Officer Timothy Freeman #249 that he was called to the

above location. He is cross deputized by the MCN to investigate tribal crimes on Indian

Country. He reported that he arrived and spoke with Abdul Zahid, who wished to have a

male that was loitering removed off his property. Officer Freeman made contact with the

male who was now just to the south of the property and advised him that he needed to

leave, then the male did so by walking north to the store next door.

6. Approximately 20 minutes later, the male returned and went inside the store where

Abdul Zahid was currently. The male came back out of the store and over to a parked car to

the north of the store, at which time Officer Freeman heard the driver state, "get the hell

out". Officer Freeman went over to the male again and that was when a customer / witness

came running out of the store and stated, "there is a guy on the floor covered in blood".

The male then walked up to Officer Freeman and stated, "he gave me that" handing over

cash and had on his right hand what appeared to be red blood. Officer Freeman secured the

male in handcuffs and in his patrol unit, then rendered aid inside the store to Abdul Zahid.

Officer Freeman determined the male's identity to be Camaran Blake Breazeale.

7. The victim Abdul Zahid had become unconscious and was transported by ambulance

for major visible injuries to his face and head area.

8. The video of the entire incident shows the following:

2

-Breazeale came in and stated to Abdul "this is my store, give me everything now."

- Breazeale went around to the back of the counter and strikes Abdul with his right fist and knocks him to the ground. While this is occurring, Abdul is telling Breazeale to leave.

- Breazeale continues striking Abdul and telling Abdul "this is not your land." Then Breazeale grabs a shotgun from the shelf and tells Abdul "stop don't move, or I will shoot you"

- Breazeale takes the butt of the shotgun, stands over Abdul and strikes Abdul with it approximately 6 times while telling Abdul to "shut up."

- Breazeale walks over to the cash register and takes all the paper money from the drawer and walks out the same door he walked in, as a customer walks in the same door

- As Breazeale is leaving the store, a customer walks in and sees Abdul lying on the ground. The customer then found Officer Freeman and told him there was a man on the floor of the store covered in blood.

9. I have confirmed through Cherokee Tribal Dispatch that the defendant is an enrolled member of the Cherokee Nation.

10. The above described crimes all occurred in the Northern District of Oklahoma and in Indian Country, specifically, the Muscogee-Creek Nation.

## Conclusion

Based on the information set forth in this affidavit, I submit there is probable cause to believe that Camaran Blake Breazeale has violated 18 U.S.C. §§ 1151, 1153 and 2111, First Degree Robbery in Indian Country.

Kristie Behar, Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me on the 15th day of July, 2021

Christine D. Little
United States Magistrate Judge

4